FILED
2010 May-11  PM 03:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **FANNIE M. HARDY,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 7:09-CV-1143-RDP |
| **CITIBANK (SOUTH DAKOTA), N.A., et al.,** | } |
| **Defendants.** | } |

### ORDER

The case file does not reflect that the parties have submitted their Rule 26(f) planning report, which, according to the court's Uniform Initial Order (Doc. #12), entered July 1, 2009, and in light of the various stays entered in this case, was due on September 28, 2009.  Additionally, despite the court's stay, Plaintiff has made no effort whatsoever to proceed with this lawsuit.  Therefore, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute.  Costs are taxed as paid.

If Plaintiff does indeed desire to proceed with this lawsuit, no later than **Friday, June 11, 2010 at 4:30 p.m.**, she **SHALL** submit a written report indicating her intention to proceed with this litigation, in which case the court will reopen this case.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff at the following address:

Fannie M. Hardy
9015 20th Street
Tuscaloosa, Alabama 35401

**DONE** and **ORDERED** this \_\_\_\_11th\_\_\_\_ day of May, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE